UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PREMIUM SPORTS INC., as Assignee of
SETANTA SPORT (IRL) LIMITED, as
Broadcast Licensee of the March 31, 2009,
Venezuela/Colombia Soccer Broadcast,

           Plaintiff,                        NOT FOR PUBLICATION
                                                    ORDER
      -against-                          CV-10-1982 (CBA)

CRISTINA ALZATE and JIMMY ILLESCAS,
Individually, and as officers, directors,
shareholders and/or principals of JAMAICA
TROPICAL DELI RESTAURANT INC., d/b/a
COMIDA ECUATORIANA, and JAMAICA
TROPICAL DELI RESTAURANT INC., d/b/a
COMIDA ECUATORIANA,

           Defendants.
------------------------------------------------------------X
Amon, J.:

This Court has received the Report and Recommendation ("R&R") of the Honorable Cheryl L. Pollak, United States Magistrate Judge, dated February 25, 2011, in the above-captioned matter. Objections to the R&R were due within fourteen (14) days of receipt of that Report. The R&R recommended that plaintiff's motion for entry of a default judgment be granted, and that plaintiff be awarded $10,000.00 in damages, plus $680.00 in costs, plus any additional interest that accrues from the date of the R&R until the entry of judgment, together with post-judgment interest pursuant to 28 U.S.C. § 1961. The Court has also received Magistrate Judge Pollak's Supplemental R&R, dated March 8, 2011. Objections to the Supplemental R&R were also due within fourteen (14) days of receipt of that Report. The Supplemental R&R recommended that plaintiff be awarded $2,658.00 in attorney's fees in addition to the damages and costs noted above.

As of the date of this Order, no objections to the R&R or the Supplemental R&R have been filed with the Court. The Court has reviewed the R&R and the Supplemental R&R and adopts the recommendations contained in them with one minor exception. The Magistrate Judge recommended awarding "any additional interest that accrues from the date of the R&R until the entry of judgment." Plaintiff does not appear to have requested an award of prejudgment interest, nor does it appear that he is legally entitled to such interest. Accordingly, the Court declines to add an award of "any additional interest that accrues from the date of the R&R until the entry of judgment" as recommended in the R&R. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED:

Dated: Brooklyn, New York
March **29**, 2011

s/CBA

Carol B. Amon
United States District Judge